Earl Wainwright, Plaintiff-Appellee, v. Elgin Windmill Company, Defendant-Appellant.

Gen. No. 10,857. (Abstract of Decision.)

Second District.

April 30, 1956.

Rehearing denied April 30, 1956.

Released for publication May 2, 1956.

Paulson & Jordan, and Andrew Kopp, for appellant; Huber, Reidy & Katz, for appellee; Isador I. Katz, of counsel. Opinion by PRESIDING JUSTICE DOVE. **Not to be published in full.**